# Court of Appeals, State of Michigan

## ORDER

*In re Kotewa*, Minors.

Docket No.    333494

LC No.        14-011627-NA

Kurtis T. Wilder
Presiding Judge

Stephen L. Borrello

Elizabeth L. Gleicher
Judges

The Court orders that the January 10, 2017 opinion is hereby VACATED, and a new opinion is attached.

/s/ Kurtis T. Wilder

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JAN 19 2017

_____
Date

_____
Chief Clerk